IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Case No. 2:20-cr-0016 |
| Plaintiff, | : |
| | : JUDGE ALGENON L. MARBLEY |
| v. | : |
| | : Magistrate Judge King |
| JASSEN L. GRAY, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on Magistrate Judge King's March 4, 2020 Report and Recommendation Accepting Defendant Jassen L. Gray's plea of guilty to one count of Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Doc. 29. The parties had fourteen days from the date of the Report and Recommendation to file any objections. Neither party has filed an objection and the time for doing so has now elapsed.

After reviewing Magistrate Judge King's Report and Recommendation, this Court finds that the Magistrate reached the correct conclusion. The Court, therefore, **ACCEPTS** and **ADOPTS** Magistrate Judge King's March 4, 2020 Report and Recommendation as this Court's findings of fact and conclusions of law. Defendant's guilty plea is hereby **ACCEPTED**.

IT IS SO ORDERED.

                                            /s/ Algenon L. Marbley
                                            ALGENON L. MARBLEY
                                            CHIEF UNITED STATES DISTRICT JUDGE

DATED: March 20, 2020